IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOBBY C. LOVE, | ) | No. C 11-03665 EJD (PR) |
| Petitioner, | ) ) | ORDER OF TRANSFER |
| vs. | ) ) ) | |
| SUSAN L. HUBBARD, Warden, | ) ) | |
| Respondent. | ) ) | |

Petitioner, a state prisoner currently incarcerated at the California State Prison in Corcoran, California, proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction in San Diego County Superior Court. Petitioner has filed a motion for leave to proceed in forma pauperis. (Docket No. 11.)

A state prisoner challenging the constitutionality of his state conviction may do so by filing a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction. See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968); cf. Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (district of confinement best forum to review execution of sentence). Accordingly, this case is

1 | TRANSFERRED to the United States District Court for the Southern District of
2 | California.  See 28 U.S.C. §§ 84(d), 1391(b), 1404(a); Habeas L.R. 2254-3(b)(1).
3 |     The Clerk shall terminate all pending motions and transfer the entire file to the
4 | Southern District of California.

DATED: 2/1/2012

EDWARD J. DAVLIA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY C. LOVE,<br><br>　　　　Petitioner,<br><br>　v.<br><br>SUSAN L. HUBBARD, Warden,<br><br>　　　　Respondent　　　　　／ | Case Number: CV11-03665 EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   2/3/2012  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bobby C. Love F-60631
CSP
P. O. Box 3471
Corcoran, CA

Dated:   2/3/2012

                                      Richard W. Wieking, Clerk
                                   /s/ By: Elizabeth Garcia, Deputy Clerk